B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Raveh, Guy** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**KleinhansWolf, Corine** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7427** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8460** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1433 Canyon Ledge**<br>**Las Vegas, NV**<br>ZIP Code **89117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1433 Canyon Ledge**<br>**Las Vegas, NV**<br>ZIP Code **89117** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information    *** David Krieger, Esq. 9086 ***<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Raveh, Guy**<br>**KleinhansWolf, Corine** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **Nevada** | Case Number: | Date Filed:<br>**4/16/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David Krieger, Esq.                    April 23, 2010**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**David Krieger, Esq.** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Raveh, Guy**
**KleinhansWolf, Corine**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Guy Raveh**
Signature of Debtor **Guy Raveh**

X **/s/ Corine KleinhansWolf**
Signature of Joint Debtor **Corine KleinhansWolf**

Telephone Number (If not represented by attorney)

**April 23, 2010**
Date

### Signature of Attorney*

X **/s/ David Krieger, Esq.**
Signature of Attorney for Debtor(s)

**David Krieger, Esq. 9086**
Printed Name of Attorney for Debtor(s)

**HAINES & KRIEGER, LLC**
Firm Name

**1020 Garces Ave.**
**Suite 100**
**Las Vegas, NV 89101**
Address

**Email: info@hainesandkrieger.com**
**(702) 880-5554  Fax: (702) 385-5518**
Telephone Number

**April 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re **Guy Raveh**
**Corine KleinhansWolf**
_____
Debtor(s)

Case No. _____

Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Guy Raveh**
                             **Guy Raveh**

Date:    **April 23, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **Guy Raveh**
      **Corine KleinhansWolf**               Case No.             

                       Debtor(s)      Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Corine KleinhansWolf**
                      **Corine KleinhansWolf**

Date:      **April 23, 2010**

Guy Raveh
Corine KleinhansWolf
1433 Canyon Ledge
Las Vegas, NV 89117

David Krieger, Esq.
HAINES & KRIEGER, LLC
1020 Garces Ave.
Suite 100
Las Vegas, NV 89101

Advanta Bank Corp
Acct No xxxxxxxxxxxx4212
Po Box 844
Spring House, PA 19477

Advanta Bank Corp
Acct No xxxxxxxxxxxx4212
Po Box 844
Spring House, PA 19477

American Express
Acct No xxxxxxxxxxxx1763
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxxxx2921
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx7003
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx9753
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx7183
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx1763
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxxxx2921
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx7003
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx9753
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx7183
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxxx1763
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxxxx2921
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx7003
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx9753
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx7183
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx1763
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxxxx2921
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx7003
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx9753
P.o. Box 981537
El Paso, TX 79998

American Express
Acct No xxxxxxxxxxxx7183
P.o. Box 981537
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxxxx8381
c/o Beckett & Lee
Po Box 3001
Malvern, PA 19355

Amex
Acct No xxxxxxxxxxxxxx8381
c/o Beckett & Lee
Po Box 3001
Malvern, PA 19355

Amex
Acct No xxxxxxxxxxxxxx8381
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Acct No xxxxxxxxxxxxxx8381
Po Box 297871
Fort Lauderdale, FL 33329

Arrow Financial Services
Acct No xxxx2878
5996 W Touhy Ave
Niles, IL 60714

```
Arrow Financial Services
Acct No xxxx2878
5996 W Touhy Ave
Niles, IL 60714

Bac/fleet-bkcard
Acct No xxxxxxxx5018
680 Blair Mill Road
Horsham, PA 19044

Bac/fleet-bkcard
Acct No xxxxxxxx5018
680 Blair Mill Road
Horsham, PA 19044

Bank Of America
Acct No 3663
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxxx0260
Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No 595
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxx5833
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Bank Of America
Acct No 5701
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of America
Acct No 3663
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxxx0260
Po Box 1598
Norfolk, VA 23501
```

```
Bank Of America
Acct No 595
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxx5833
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Bank Of America
Acct No 5701
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of America
Acct No xxxxxxx5833
Po Box 2269
Brea, CA 92822

Bank Of America
Acct No 5701
Po Box 15026
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxx5833
Po Box 2269
Brea, CA 92822

Bank Of America
Acct No 5701
Po Box 15026
Wilmington, DE 19850

Capital One, N.a.
Acct No xxxxxxxx5337
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Capital One, N.a.
Acct No xxxxxxxx3135
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Capital One, N.a.
Acct No xxxxxxxx5337
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154
```

Capital One, N.a.
Acct No xxxxxxxx3135
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Capital One, N.a.
Acct No xxxxxxxx5337
Po Box 85520
Richmond, VA 23285

Capital One, N.a.
Acct No xxxxxxxx3135
Po Box 85520
Richmond, VA 23285

Capital One, N.a.
Acct No xxxxxxxx5337
Po Box 85520
Richmond, VA 23285

Capital One, N.a.
Acct No xxxxxxxx3135
Po Box 85520
Richmond, VA 23285

Cfs Mortgage
Acct No xxxx1227
9441 Lbj Freeway Ste 250
Dallas, TX 75243

Cfs Mortgage
Acct No xxxx1227
9441 Lbj Freeway Ste 250
Dallas, TX 75243

Cfs Mortgage
Acct No xxxx1227
2120 S 72nd Street
Omaha, NE 68124

Cfs Mortgage
Acct No xxxx1227
2120 S 72nd Street
Omaha, NE 68124

Chase
Acct No xxxxxxxx8278
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx4702
Po Box 15298
Wilmington, DE 19850

```
Chase
Acct No xxxxxxxx2145
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx4548
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx1409
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxx1780
Attn: Bankruptcy Dept
Po Box 15145
Wilmington, DE 19850

Chase
Acct No xxxxxxxx8278
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx4702
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx2145
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx4548
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx1409
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxx1780
Attn: Bankruptcy Dept
Po Box 15145
Wilmington, DE 19850
```

```
Chase
Acct No xxxxxx1780
4915 Independence Parkway
Tampa, FL 33634

Chase
Acct No xxxxxx1780
4915 Independence Parkway
Tampa, FL 33634

Chase Manhattan
Acct No xxxxxxxxxx3406
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219

Chase Manhattan
Acct No xxxxxxxxxx3406
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219

Chase Manhattan
Acct No xxxxxxxxxx3406
201 N Walnut St # De1-10
Wilmington, DE 19801

Chase Manhattan
Acct No xxxxxxxxxx3406
201 N Walnut St # De1-10
Wilmington, DE 19801

Chase Mht Bk
Acct No xxxxxx0050
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850

Chase Mht Bk
Acct No xxxxxx0050
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850

Chase Mht Bk
Acct No xxxxxx0050
800 Brooksedge Blvd
Westerville, OH 43081

Chase Mht Bk
Acct No xxxxxx0050
800 Brooksedge Blvd
Westerville, OH 43081
```

```
Consecofin
Acct No xxxxxxxxxxxx2397
345 St Peter/900 Landmk
Saint Paul, MN 55102

Consecofin
Acct No xxxxxxxxxxxx2397
345 St Peter/900 Landmk
Saint Paul, MN 55102

Countrywide Home Lending
Acct No xxxx7966
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx8022
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx4015
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx7966
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx8022
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx4015
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx7966
450 American St
Simi Valley, CA 93065

Countrywide Home Lending
Acct No xxxx8022
450 American St
Simi Valley, CA 93065
```

Countrywide Home Lending
Acct No xxxx4015
450 American St
Simi Valley, CA 93065

Countrywide Home Lending
Acct No xxxx7966
450 American St
Simi Valley, CA 93065

Countrywide Home Lending
Acct No xxxx8022
450 American St
Simi Valley, CA 93065

Countrywide Home Lending
Acct No xxxx4015
450 American St
Simi Valley, CA 93065

Credit Control Corp
Acct No xxxxxx1193
11821 Rock Landing Dr
Newport News, VA 23606

Credit Control Corp
Acct No xxxxxx0219
11821 Rock Landing Dr
Newport News, VA 23606

Credit Control Corp
Acct No xxxxxx1193
11821 Rock Landing Dr
Newport News, VA 23606

Credit Control Corp
Acct No xxxxxx0219
11821 Rock Landing Dr
Newport News, VA 23606

Discover Fin
Acct No xxxxxxxx9064
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxx8124
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

```
Discover Fin
Acct No xxxxxxxx9026
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxx9064
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxx8124
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxx9026
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Discover Fin
Acct No xxxxxxxx9064
Po Box 15316
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx8124
Po Box 15316
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx9026
Po Box 15316
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx9064
Po Box 15316
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx8124
Po Box 15316
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx9026
Po Box 15316
Wilmington, DE 19850
```

```
GMAC
Acct No xxxxx9023
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

GMAC
Acct No xxxxx9023
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

GMAC
Acct No xxxxx9023
Po Box 4622
Waterloo, IA 50704

GMAC
Acct No xxxxx9023
Po Box 4622
Waterloo, IA 50704

Goodyearcbsd
Acct No xxxxxxxxxxxx3027
Po Box 6497
Sioux Falls, SD 57117

Goodyearcbsd
Acct No xxxxxxxxxxxx3027
Po Box 6497
Sioux Falls, SD 57117

Hsbc/costc
Acct No xx7000
Po Box 15524
Wilmington, DE 19850

Hsbc/costc
Acct No xx7000
Po Box 15524
Wilmington, DE 19850

Hsbc/neimn
Acct No xxxxxxx4065
Hscb Retail Srvs/ Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

Hsbc/neimn
Acct No xxxxxxx4065
Hscb Retail Srvs/ Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197
```

```
Hsbc/neimn
Acct No xxxxxxx4065
Pob 15521
Wilmington, DE 19805

Hsbc/neimn
Acct No xxxxxxx4065
Pob 15521
Wilmington, DE 19805

Hsbc/saks
Acct No xxxxxx2020


Hsbc/saks
Acct No xxxxxx2020


Indymac Bank
Acct No xxxxxxxxx9517
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Indymac Bank
Acct No xxxxxxxxx9517
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Indymac Bank
Acct No xxxxxxxxx9517
6900 Beatrice Drive
Kalamazoo, MI 49003

Indymac Bank
Acct No xxxxxxxxx9517
6900 Beatrice Drive
Kalamazoo, MI 49003

Peoples United Bank
Acct No xxxxxxxx0187
1000 Lafayette Blv
Bridgeport, CT 06604

Peoples United Bank
Acct No xxxxxxxx0187
1000 Lafayette Blv
Bridgeport, CT 06604

Pulte Mortgage Corp
Acct No xxx0282
P. O.Box 5210
Denver, CO 80217
```

```
Pulte Mortgage Corp
Acct No xxx0282
P. O.Box 5210
Denver, CO 80217

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx0001
Po Box 31557
Billings, MT 59107

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx0001
Po Box 31557
Billings, MT 59107

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx0001
Po Box 31557
Billings, MT 59107

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx0001
Po Box 31557
Billings, MT 59107

Wells Fargo Card Ser
Acct No xxxxxxxx7798
Po Box 5058
Portland, OR 97208

Wells Fargo Card Ser
Acct No xxxxxxxx0183
Po Box 5058
Portland, OR 97208

Wells Fargo Card Ser
Acct No xxxxxxxx7798
Po Box 5058
Portland, OR 97208

Wells Fargo Card Ser
Acct No xxxxxxxx0183
Po Box 5058
Portland, OR 97208

Wells Fargo Card Ser
Acct No xxxxxxxx7798
Po Box 5445
Portland, OR 97228

Wells Fargo Card Ser
Acct No xxxxxxxx0183
Po Box 5445
Portland, OR 97228
```

```
Wells Fargo Card Ser
Acct No xxxxxxxx7798
Po Box 5445
Portland, OR 97228

Wells Fargo Card Ser
Acct No xxxxxxxx0183
Po Box 5445
Portland, OR 97228

Wells Fargo Hm Mortgag
Acct No xxxxxxxxx2926
8480 Stagecoach Cir
Frederick, MD 21701

Wells Fargo Hm Mortgag
Acct No xxxxxxxxx2926
8480 Stagecoach Cir
Frederick, MD 21701
```